# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

|  |  |
|---|---|
| **DAVID SEMANS,** | ) |
| Plaintiff. | ) Case No.: |
| v. | ) 4:21-cv-00078-ALM |
| **CHARTER COMMUNICATIONS** | ) |
| Defendant. | ) |

## NOTICE OF SETTLEMENT

TO THE CLERK:

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached settlement. The parties anticipate filing a stipulation of dismissal of this action with prejudice pursuant to Fed. R. Civ. P. 41 (a) within sixty (60) days.

Dated: November 08, 2021

By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com

## CERTIFICATE OF SERVICE

I, Jacob U. Ginsburg, Esquire, do certify that I served a true and correct copy of the Notice of Settlement in the above-captioned matter, upon the following via CM/ECF system:

Matt Guletz
Thompson Coburn, LLP
1 US Highway BANK Plaza
St Louis MO 63101
(314) 552-6311
mguletz@thompsoncoburn.com


Mackenzie S. Wallace
Thompson Coburn, LLP
2100 Ross Avenue, Suite 600
Dallas TX 75201
(972) 629-7100
mwallace@thompsoncoburn.com

Attorneys for Defendant

Dated: November 08, 2021  By: */s/ Jacob U. Ginsburg*
Jacob U. Ginsburg, Esquire
Kimmel & Silverman, P.C.
30 E. Butler Avenue
Ambler, PA 19002
Phone: (215) 540-8888
Email: jginsburg@creditlaw.com
teamkimmel@creditlaw.com