# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **DAVID SEMANS**, | Case No. 4:21-cv-00078-ALM |
| Plaintiff, | **STIPULATION OF DISMISSAL** |
| v. | |
| **CHARTER COMMUNICATIONS**, | |
| Defendant. | |

Plaintiff, David Semans, and defendant Charter Communications, by and through their respective attorneys, **HEREBY STIPULATE AND AGREE**, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed with prejudice as to the claims of Plaintiff David Semans against defendant Charter Communications.

**IT IS SO STIPULATED.**

Dated: December 17, 2021  **KIMMEL & SILVERMAN, P.C.**

By: *Jacob U. Ginsburg*
Jacob U. Ginsburg
*Attorneys for Plaintiff*



**THOMPSON COBURN LLP**

By: *Mackenzie S. Wallace*
Mackenzie S. Wallace

*Attorneys for Defendant*