IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **DAVID SEMANS,**<br><br>    Plaintiff,<br><br>v.<br><br>**CHARTER COMMUNICATIONS,**<br><br>    Defendant. | 4:21-cv-00078-ALM |

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE having been considered upon the stipulation of dismissal filed by the parties, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

IT IS THEREFORE ORDERED that the case shall be DISMISSED WITH PREJUDICE, with each side bearing its own fees and costs.

All relief not previously granted is hereby denied.

The Clerk is directed to close this civil action.

**IT IS SO ORDERED.**

**SIGNED** this 4th day of January, 2022.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE